IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:13-cv-00256-WHR |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | |
| (1) ACCOUNT # ******8949, JP MORGAN CHASE BANK, IN THE NAME OF WILLIAMS BROTHERS INC., IN THE AMOUNT OF $753,014.80, *et al.*, | : | |
| Defendants. | : | |



## VERIFIED CLAIM OF WILLIAMS BROTHERS ROOFING & SIDING CO., INC., GREGORY J. OLDIGES AND LINDA M. OLDIGES

Pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Claimants Williams Brothers Roofing & Siding Co., Inc. ("Williams Brothers"), Gregory J. Oldiges, and Linda M. Oldiges hereby present their verified claim on the Defendant Property in response to Plaintiff the United States of America's Complaint for Forfeiture of said Property:

1. **Description of Property:**

   (1) J.P. Morgan Chase Bank Account # ***********8949
   Owner: Williams Bros Roofing & Siding Co., Inc.
   Value of Property: $753,014.80

   (2) PNC Bank Account # ******9549
   Owners: Gregory J. Oldiges and Linda M. Oldiges
   Value of Property: $265,962.50

   (3) PNC Bank Account # ******6919
   Owners: Gregory J. Oldiges and Linda M. Oldiges
   Value of Property: $17,679.30

(4) Security Benefit Life Insurance Annuity # ******5119
Owner: Gregory J. Oldiges
Value of Property: $310,027.11

(5) Security Benefit Life Insurance Annuity # ******5790
Owner: Linda M. Oldiges
Value of Property: $300,051.73

(6) Huntington Bank Account # ******9672
Owners: Gregory J. Oldiges and Linda M. Oldiges
c/o Hard Rock Partners 2012 Drilling Program
Value of Property: $100,000.00

(7) Fidelity Investments Account # *****9820
Owners: Gregory J. Oldiges and Linda M. Oldiges
c/o Kalos Capital, Inc.
Value of Property: $201,138.67

(8) 2012 GMC Commercial Truck
VIN: 3GTP2WE77CG141102
Ohio Title #: 5704627258
Ohio License Plate #: PHQ6907
Owner: Williams Brothers Roofing & Siding Co., Inc.
Value of Property: ~$42,000.00

2. **Interest in Property**: As to Defendants 1 and 8 of the Defendant Property, claimant Williams Brothers is the owner of the Property, and claimant Gregory J. Oldiges is the sole shareholder of Williams Brothers. As to Defendants 2, 3, 6, and 7 of the Defendant Property, claimants Gregory J. Oldiges and Linda M. Oldiges are owners of the Property as joint tenants with right of survivorship. As to Defendant 4 of the Defendant Property, claimant Gregory J. Oldiges is the owner of the Property. As to Defendant 5 of the Defendant Property, claimant Linda M. Oldiges is the owner of the Property.

WHEREFORE Claimants Williams Brothers, Gregory J. Oldiges, and Linda M. Oldiges respectfully request that this Court recognize their claim as the rightful owners of the Defendant Property and grant such other relief as the Court deems just and proper.

## **VERIFICATION**

The undersigned attest and declare *under penalty of perjury* that the information provided in support of our claim is true and correct to the best of our knowledge and belief.

Dated: September 16, 2013

*[signature]* CEO
WILLIAMS BROTHERS ROOFING &
SIDING CO., INC.
By GREGORY J. OLDIGES (CEO)

*[signature]*
GREGORY J. OLDIGES

*[signature]*
LINDA M. OLDIGES

**CERTIFICATE OF SERVICE**

We hereby certify that on September _16_, 2013, we caused our attorneys to file electronically a copy of the foregoing with the Clerk of the United States District Court for the Southern District of Ohio, which will send notification of such filing to all parties of record by operation of the Court's electronic filing system. We additionally certify that on September _16_, 2013, a copy of the foregoing was served via certified United States Mail to the following:

Office of the Clerk
United States District Court
Southern District of Ohio, Western Division
712 Federal Building
200 West Second Street
Dayton, Ohio 45402

Carter M. Stewart
United States Attorney
Southern District of Ohio
600 Federal Building
200 West Second Street
Dayton, Ohio 45402
*Attorneys for Plaintiff*
*United States of America*

Pamela M. Stanek
Assistant United States Attorney
600 Federal Building
200 West Second Street
Dayton, Ohio 45402
*Attorneys for Plaintiff*
*United States of America*

_____
WILLIAMS BROTHERS ROOFING & SIDING CO., INC.
By GREGORY J. OLDIGES (CEO)

_____
GREGORY J. OLDIGES

_____
LINDA M. OLDIGES

13775064.1

4